# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GIBBON PACKING, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | 8:19CV547<br><br>**AMENDED ORDER FOR SETTLEMENT CONFERENCE** |

In accordance with the request of the parties,

**IT IS ORDERED**:

1. The settlement conference before United States Magistrate Judge Michael D. Nelson is continued to **September 2, 2020**, from **9:00 a.m. to 5:00 p.m.** in Courtroom #6, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha Nebraska.

2. To avoid unnecessarily incurring travel and other expenses if the settlement conference is canceled or postponed, any request for cancellation or postponement must be made on or before **August 13, 2020.**

3. The deadline to submit a confidential settlement statement to nelson@ned.uscourts.gov as outlined in the Court's prior Order (Filing No. 25) is extended to **August 20, 2020**.

4. The telephone conference set before the undersigned magistrate judge on August 13, 2020, is continued to **August 24, 2020**, **at 9:30 a.m.** for the purpose of reviewing any outstanding issues that may be relevant prior to the settlement conference. **Conference Instructions are located at Filing No. 21 in this case.**

5. All other provisions of the Court's prior Order (Filing No. 25) remain in effect.

Dated this 16th day of July, 2020.

                                                BY THE COURT:

                                                s./Michael D. Nelson
                                                United States Magistrate Judge